NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EAST COAST SHEET METAL FABRICATING CORP., DBA EASTCOAST CAD/CAM,**
*Plaintiff-Appellant*

v.

**AUTODESK, INC.,**
*Defendant-Appellee*

---

2015-1717

---

Appeal from the United States District Court for the District of New Hampshire in No. 1:12-cv-00517-LM, Judge Landya B. McCafferty.

---

**JUDGMENT**

---

GEORGE C. SUMMERFIELD, JR., Stadheim & Grear, Ltd., Chicago, IL, argued for plaintiff-appellant. Also represented by ROLF STADHEIM, KYLE L. HARVEY, ROBERT M. SPALDING, CHRISTOPHER H. ST. PETER.

ROBERT ALLEN LONG, JR., Covington & Burling LLP, Washington, DC, argued for defendant-appellee. Also represented by JOHN ARTHUR KELLY, LAUREN SUZANNE WILLARD; JOEL MARK FREED, ALEXANDER OTT, ARTEM

SOKOLOV, McDermott, Will & Emery LLP, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| April 12, 2016 | /s/ Daniel E. O'Toole |
|:---:|:---:|
| Date | Daniel E. O'Toole |
| | Clerk of Court |